RAMSEY *et al.* v. MORTON.

No. 4518.   Opinion Filed July 27, 1915.

(150 Pac. 1035.)

**APPEAL AND ERROR—Filing Briefs—Dismissal.** Where plaintiff in error fails to file briefs in a cause, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed.

(Syllabus by Collier, C.)

*Error from District Court, Pontotoc County;*
*Tom D. McKeown, Judge.*

Action by Mattie Morton against Asa E. Ramsey, as receiver of Oklahoma Central Railway Company, and the Oklahoma Central Railway Company. Judgment for plaintiff, and defendants bring error.   Dismissed.

*Dorset Carter, Currie & Duncan,* and *J. W. Hocker,* for plaintiffs in error.

Opinion by COLLIER, C.   This is an appeal by plaintiffs in error from a judgment rendered in favor of defendant in error for personal damages.

The plaintiffs in error have failed to file briefs in this case, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix).   In case of failure to comply with the requirements of said rule, the court may continue or dismiss the cause, or reverse or affirm the judgment, in its discretion.

The appeal in this case should be dismissed.

By the Court:   It is so ordered.